ZACH COWAN, City Attorney　　　　　　　SBN 96372
KRISTY VAN HERICK, Deputy City Attorney　SBN 178685
Kvanherick@ci.berkeley.ca.us
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
TELE: (510) 981-6998
FAX.: (510) 981-6960

Attorneys for Defendants
CITY OF BERKELEY, HARVEY TURECK

MARK HAINES
Ivan@efn.org
3126 Shattuck Avenue
Berkeley, CA 94705
TELE: (510) 540-0878 (Message Phone)

Appearing *Pro Se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HAINES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DARYL B. BRAND, MFT, individually and in her official capacity; THE CITY OF BERKELEY, a municipality; BETH MEYERSON, in her official capacity; KAREN TRIBBLE, in her official capacity; DAVID WEE, LCSW, individually and in his official capacity; HARVEY S. TURECK, individually and in his official capacity; FRED MEDRANO, individually and in his official capacity; JANE DOE #1, individually and in her official capacity; and DOES #2 through 12, in their individual and official capacities,<br><br>　　　　Defendants. | NO. C11-01335 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT HARVEY TURECK TO FILE RESPONSIVE PLEADING** |

　　　IT IS HEREBY STIPULATED by and between plaintiff Mark Haines, appearing *pro se*, and defendant Harvey Tureck ("defendant Tureck"), through the Berkeley City Attorney's Office, to extend the time for defendant Tureck to file a responsive pleading from July 7, 2011 to July 22, 2011.

1

1  There is good cause for the stipulation to extend time as follows:  defendant Tureck was
2  served with the original Complaint on June 16, 2011, and the City of Berkeley received a copy of
3  the original Complaint from the U.S. Marshall's Office on July 1, 2011.  Plaintiff has filed a First
4  Amended Complaint, which he provided to counsel for defendant Tureck and the City of
5  Berkeley by email on July 1, 2011.  This extension will provide defendant Tureck time to
6  analyze and prepare a response to the First Amended Complaint.  This extension will also allow
7  for the filing of a joint responsive pleading.

8  Thus, the parties stipulate and agree that defendant Tureck's responsive pleading may be
9  filed no later than July 22, 2011.  The parties are not making this request for any improper
10 purpose, including undue delay.  Moreover, as noted above, neither party would suffer any
11 prejudice as the parties have stipulated to this request.

12 SO STIPULATED.

Respectfully submitted:

ZACH COWAN, City Attorney
KRISTY VAN HERICK, Deputy City Attorney

Dated:  July 6, 2011.          By:  _____/s/_____

KRISTY VAN HERICK, Deputy City Attorney
Attorneys for Defendants City of Berkeley and
Harvey Tureck

Respectfully submitted:

Dated:  July 6, 2011.          By:  _____/s/_____
MARK HAINES
Plaintiff Appearing *Pro Se*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  _____7/7/11_____   _____
EDWARD M. CHEN
United States

IT IS SO ORDERED
Judge Edward M. Chen

STIPULATION AND [PROPOSED] ORDER GRANTING ... FOR DEFENDANT
HARVEY TURECK TO FILE RESPONSIVE PLEADING ~ C11-01335 EMC