**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK HAINES, an individual, | Case No. C11-01335 EMC |
|     Plaintiff | [PROPOSED] ORDER GRANTING ENLARGEMENT OF TIME FOR PLAINTIFF TO FILE AN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED |
|     vs. | |
| DARYL B. BRAND, MFT, individually and in her official capacity as mobile crisis team leader, Mental Health Division, Department of Health Services, City of Berkeley, and | |
| THE CITY OF BERKELEY, a municipality incorporated in Alameda County, California, and | |
| BETH MEYERSON, in her official capacity as Director, Department of Health Services, City of Berkeley, and | |
| KARYN TRIBBLE, in her official capacity as current interim Director, Mental Health Division, Department of Health Services, City of Berkeley, and | |
| DAVID WEE, LCSW, individually and in his official capacity as mobile crisis team Program Supervisor, Mental Health Division, Department of Health Services, City of Berkeley, and | |
| HARVEY S. TURECK, individually and in his official capacity as former Director, Mental Health Division, Department of Health Services, City of Berkeley, and | |

[PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFF TO FILE AN OPPOSITION TO DEFS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED

1

| | |
|---|---|
|1| FRED MADRANO, individually and in his official capacity as former Director, Department of Health Services, City of Berkeley, and |
|2| |
|3| JANE DOE #1, individually and in her official capacity as mobile crisis team member, Mental Health Division, Department of Health Services, City of Berkeley, and |
|4| |
|5| |
|6| DOES #2 through 12, in their individual and official capacities, |
|7| Defendants. |

The Stipulation of Plaintiff Mark Haines, appearing pro se, and Defendants City of Berkeley, Beth Meyerson, Karen Tribble, Fred Madrano, David Wee, Harvey Tureck, through the Berkeley City Attorney's Office, having been timely filed in the above entitled action, and good cause appearing, the time for filing Plaintiff Haines' opposition to Defendants' Motion to Dismiss (docket #25) is hereby enlarged to and including August 8, 2011.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 8/8/11            _____
                         EDWARD M. CHEN
                         United States



[PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFF TO FILE AN OPPOSITION TO DEFS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED