1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

MARK HAINES, an individual,
           Plaintiff

11
      vs.

12
DARYL B. BRAND, MFT, individually and in
her official capacity as mobile crisis team

13
leader, Mental Health Division, Department of
Health Services, City of Berkeley, and THE

14
CITY OF BERKELEY, a municipality
incorporated in Alameda County, California,

15
and BETH MEYERSON, in her official
capacity as Director, Department of Health

16
Services, City of Berkeley, and KARYN
TRIBBLE, in her official capacity as current

17
interim Director, Mental Health Division,
Department of Health Services, City of

18
Berkeley, and DAVID WEE, LCSW,
individually and in his official capacity as

19
mobile crisis team Program Supervisor, Mental
Health Division, Department of Health

20
Services, City of Berkeley, and HARVEY
S.TURECK, individually and in his official

21
capacity as former Director, Mental Health
Division, Department of Health Services, City

22
of Berkeley, and FRED MADRANO,
individually and in his official capacity as

23
former Director, Department of Health
Services, City of Berkeley, and JANE DOE

24
#1, individually and in her  official capacity as
mobile crisis team member, Mental Health

25
Division, Department of Health Services, City
of Berkeley, and DOES #2 through 12, in their

26
individual and official capacities,
           Defendants.

27
/ / /

Case No. C11-01335 EMC

[PROPOSED] ORDER GRANTING
ENLARGEMENT OF TIME FOR FILING
PLAINTIFF HAINES' OPPOSITION TO
DEFENDANT BRAND'S MOTION TO
DISMISS FOR FAILURE TO STATE A
CLAIM UPON WHICH RELIEF MAY BE
GRANTED

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Good cause appearing, pursuant to the stipulation between PLAINTIFF MARK HAINES appearing pro se and Kristy van Herick, counsel for DEFENDANT DARYL B. BRAND, on file in the above entitled action, the time for PLAINTIFF MARK HAINES to file his opposition to DEFENDANT DARYL B. BRAND'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED (docket #29) is hereby enlarged to and including August 29, 2011.  Defendant Brand's Reply Brief shall be filed on or before September 6, 2011.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____           August 22, 2011



_____
EDWARD M. CHEN
United States District Judge