UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HAINES, | No. C-11-1335 EMC |
| Plaintiff, | |
| v. | **ORDER VACATING HEARING** |
| DARYL B. BRAND, *et al.*, | |
| Defendants. _____/ | |

    Defendants' motions to dismiss are currently set for hearing on September 19, 2011. Docket Nos. 25, 29. Plaintiff has requested that this Court vacate the hearing. *See* Docket No. 28 at 18. Furthermore, upon reviewing the parties' submissions, and pursuant to Civil Local Rule 7–1(b), the Court determines that the matters are appropriate for resolution without oral argument, and **VACATES** the hearing. The Court will take the matter under submission and issue an order in due course.

    IT IS SO ORDERED.

Dated: September 8, 2011

_____
EDWARD M. CHEN
United States District Judge