**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| **MARK HAINES,** | Case No.: C-11-01335-YGR |
| **Plaintiff,** | **ORDER RE-SETTING CASE MANAGEMENT CONFERENCE** |
| **vs.** | |
| **DARYL B. BRAND, MFT** *et al.***,** | |
| **Defendants.** | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT, the Case Management Conference in this matter is hereby **RE-SET** to **Monday, July 2, 2012** at **2:00 p.m.**, at the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, in a courtroom to be designated.

The May 14, 2012 Case Management Conference date is **VACATED**.

**IT IS SO ORDERED.**

Date: May 8, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California