**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARK HAINES,**<br><br>            **Plaintiff,**<br><br>    **vs.**<br><br>**DARYL B. BRAND, MFT** *et al.***,**<br><br>            **Defendants.** | Case No.: C-11-01335-YGR<br><br>**ORDER RE-SETTING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT, the Case Management Conference in this matter is hereby **RE-SET** to **Monday, July 2, 2012** at **2:00 p.m.**, at the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, in a courtroom to be designated.

The May 14, 2012 Case Management Conference date is **VACATED**.

**IT IS SO ORDERED.**

Date: May 8, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**