UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK HAINES,<br><br>      Plaintiff,<br><br>vs.<br><br>DARYL B. BRAND and others,<br><br>      Defendants. | ) Case No. 11-cv-01335 YGR<br>)<br>)<br>)<br>) ORDER REFERRING LITIGANT<br>) MARK HAINES TO FEDERAL PRO<br>) BONO PROJECT FOR<br>) APPOINTMENT OF COUNSEL<br>) |

    Because pro se defendant Mark Haines has requested and is in need of counsel to assist him with a settlement conference in this matter and good cause is demonstrated, it is ORDERED that Haines is referred to the Federal Pro Bono Project office in San Francisco for referral to a volunteer attorney. The Clerk shall forward this referral to the Project office.

    The scope of this referral shall be for:

        ☐    all purposes for the duration of the case

        x    the limited purpose of representing the litigant in the course of

            ☐    mediation

            ☐    early neutral evaluation

            x    settlement conference

            ☐    briefing  ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss):

            _____

        ☐    discovery as follows:

            _____
            _____

        ☐    other:

2

Upon being notified by the Project that an attorney has been located to represent Haines, that attorney shall be appointed as counsel for the scope of representation identified above. Upon completion of that limited purpose, the Court shall issue an order relieving the volunteer attorney from the limited representation of the litigant.

This Order does not stay the litigation.

IT IS SO ORDERED.

Dated: June 12, 2012

Nathanael M. Cousins
United States Magistrate Judge