# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

**MARK HAINES,**

     **Plaintiff,**

     **vs.**

**DARYL B. BRAND, MFT** *et al.*,

     **Defendants.**

Case No.: C-11-01335-YGR

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT, the Case Management Conference in this matter is hereby **CONTINUED** from July 2, 2012 to **Monday, September 24, 2012** at **2:00 p.m.**, at the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, in a courtroom to be designated.

     **IT IS SO ORDERED.**

**Date:June 27, 2012**

_____

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California