United States District Court
Northern District of California

1
2
3
4  **UNITED STATES DISTRICT COURT**
5  **NORTHERN DISTRICT OF CALIFORNIA**
6
7
8

| | |
|---|---|
| **MARK HAINES,** | Case No.: 11-CV-01335 YGR |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| **DARYL B. BRAND, MFT** *et al.*, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT the Case Management Conference in this matter is **CONTINUED** from October 15, 2012 to **Monday, October 29** at **2:00 p.m.** in Courtroom 5 of the Ronald V. Dellums Federal Building located at 1301 Clay Street, Oakland, California. Appearances may be by telephone.

The parties are reminded that <u>updated case management statements must be filed seven days in advance of the case management conference</u>. In cases involving *pro se* litigants, the parties may file separate case management statements.

**IT IS SO ORDERED.**

Date: October 15, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**