UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK HAINES,**<br><br>    **Plaintiff,**<br><br>    **vs.**<br><br>**DARYL B. BRAND, MFT** *et al.***,**<br><br>    **Defendant(s).** | Case No.: 11-CV-01335 YGR<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE** |

The Court **GRANTS** Defendants' request to appear telephonically at the October 29, 2012 Case Management Conference.

The party requesting the telephonic appearance shall contact the Courtroom Deputy, Frances Stone, at (510) 637-3540, to make arrangements.

**IT IS SO ORDERED.**

Date: October 25, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**