# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HAINES, an individual,<br><br>  Plaintiff<br>vs.<br><br>DARYL B. BRAND, individually and in her official capacity as mental health clinician for the City of Berkeley, and the CITY OF BERKELEY, a municipality<br><br>  Defendants. | Case Number: C11-01335 YGR<br><br>[proposed] ORDER GRANTING **AS MODIFIED BY THE COURT** PLAINTIFF'S EX PARTE MOTION FOR ADMINISTRATIVE RELIEF FROM DEADLINE FOR FILING OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND CONTINUING SCHEDULED HEARING DATE |

This matter comes before the Court on Plaintiff Mark Haines' Ex Parte Motion For Administrative Relief From Deadline For Filing Opposition To Defendants' Motion For Summary Judgment And Continuing Scheduled Hearing Date (docket# 122).  Upon consideration of Plaintiff's Motion and the record in support thereof, it is hereby ORDERED that the Motion is GRANTED.

Time to file Plaintiff's Opposition to Defendants' Motion for Summary Judgment is enlarged to and including August 6, 2013.  **Defendants' Motion for Summary Judgment shall be heard on September 24, 2013, at 2:00 p.m., in Courtroom 5, Federal Courthouse, 1301 Clay Street, Oakland, California.  The motion hearing deadline of September 3, 2013 is excused for purposes of this motion only.**

SO ORDERED.

Dated:  July 24, 2013

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge

1