**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARK HAINES,** | **Case No.:  11-CV-1335 YGR** |
| **Plaintiff,** | **ORDER DISMISSING CASE** |
| vs. | |
| **DARYL B. BRAND,** *et al.*, | |
| **Defendants.** | |

TO ALL PARTIES AND COUNSEL OF RECORD:

On September 24, 2013, the Court was advised that the plaintiff in this action had died.  The Court, among other things, set a hearing for 2:01 p.m. on November 4, 2013, to determine whether the case would proceed.  (Dkt. No. 140.)  The Court specified that failure by plaintiff's representative to file a written notice of intent to proceed at least five business days before the hearing, or to appear at the hearing, would result in dismissal for failure to prosecute.

As of the date of this Order, no representative for plaintiff has filed a written notice of intent to proceed.  Nor did any such representative appear at the November 4, 2013 hearing.  Accordingly, the Court deems this case abandoned.  The Court hereby **DISMISSES** this case for failure to prosecute.

This Order terminates Case No. 11-cv-1335.

**IT IS SO ORDERED**.

Dated:  November  5, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**